

**HENSLEY, C.**

v.

**DUVALL, D.**

**3098 EDA 2015**

Superior Court of Pennsylvania.

04/13/2017

10–10374
(Bucks)
Affirmed/Remanded

**HENSLEY, C.**

v.

**DUVALL, D.**

**3099 EDA 2015**

Superior Court of Pennsylvania.

04/13/2017

10–10374
(Bucks)
Affirmed/Remanded

**COM.**

v.

**RIVERA, C.**

**3715 EDA 2015**

Superior Court of Pennsylvania.

04/13/2017

CP–51–CR–0014762–2013
(Philadelphia)
Affirmed

**COM.**

v.

**RIVERA, C.**

**3716 EDA 2015**

Superior Court of Pennsylvania.

04/13/2017

CP–51–CR–0014763–2013 (Philadelphia)
Affirmed

